UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOEL ESPIRITU,

                Plaintiff,

- against -

JP CLEANING & MAINTENANCE SERVICE INC., ET AL.

                Defendants.

23-cv-5877 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to file an amended complaint by **October 6, 2023**. The time to move or answer with respect to the amended complaint is **October 24, 2023**.

    The time to respond to any motion is **November 13, 2023**, and the time to reply is **November 27, 2023**.

    Should the defendant answer, the parties should submit a Rule 26(f) report by **November 13, 2023**.

SO ORDERED.

Dated:    New York, New York
           September 19, 2023

                                        _____
                                        John G. Koeltl
                                      United States District Judge