UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOEL ESPIRITU,

               Plaintiff(s)

               23 civ 5877 (JGK)

    -against-

JP CLEANING & MAINTENANCE SERVICE, INC.,

               Defendant(s).
------------------------------------------------------------X

## ORDER

A schedule having been entered on September 19, 2023,

The November 8, 2023 conference is canceled.

**SO ORDERED.**

                                                       **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 1, 2023