UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL ESPIRITU,

               Plaintiff,

    - against -

JP CLEANING & MAINTENANCE SERVICE INC., ET AL.,

               Defendants.

23-cv-5877 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff may serve a summons and complaint on Martha Arias by **April 19, 2024**. If the summons and complaint are not served on Martha Arias by that date, Martha Arias will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

    The time for all defendants to move or answer with respect to the amended complaint is extended to **May 10, 2024**.

SO ORDERED.

Dated:    New York, New York
           April 2, 2024

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge