UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOEL ESPIRITU,

                Plaintiff,

   - against -

JP CLEANING & MAINTENANCY SERVICE, INC, ET AL.,

                Defendants.

23-cv-5877 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) Report by **June 25, 2024**.

SO ORDERED.

Dated:   New York, New York
         June 10, 2024

                                               /s/ John G. Koeltl
                                               John G. Koeltl
                                         United States District Judge