UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NOEL ESPIRITU,

                Plaintiff,

   - against -

JP CLEANING & MAINTENANCE SERVICE INC., ET AL.,

                Defendants.

23-cv-5877 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the parties to file a Rule 26(f) report is extended to **July 12, 2024.**

SO ORDERED.

Dated:   New York, New York
           June 28, 2024

                                                  John G. Koeltl
                                       United States District Judge