```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

NOEL ESPIRITU,

           Plaintiff,

  - against -

JP CLEANING & MAINTENANCE SERVICE INC., ET AL.,

           Defendants.

23-cv-5877 (JGK)

ORDER

------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 1, 2024.

SO ORDERED.

Dated:    New York, New York
           September 16, 2024

                                      John G. Koeltl
                              United States District Judge