UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NOEL ESPIRITU, *on behalf of himself*,

                        Plaintiff,

           -against-

JP CLEANING & MAINTENANCE
SERVICE INC. and MARTHA ARIAS,

                      Defendants.
-----------------------------------------------------------------X

23 Civ. No. 5877 (JGK) (GS)

**STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for an in-person Status Conference on **Wednesday, February 12, 2025 at 10:00 a.m.** in Courtroom 9A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York. The parties shall meet and confer in good faith prior to the conference in an effort to resolve any issues concerning scheduling Plaintiff's deposition and the completion of any outstanding discovery. (*See* Dkt. Nos. 57 & 59). The parties shall also be prepared to discuss at the conference their respective positions on the productivity of mediation or a settlement conference at this time.

        **SO ORDERED.**

DATED:     New York, New York
                 January 30, 2025

                                                          _____
                                                              The Honorable Gary Stein
                                                              United States Magistrate Judge