UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NOEL ESPIRITU,

                        Plaintiff,                        23 Civ. No. 5877 (JGK) (GS)

         -against-                                      **ORDER**

JP CLEANING & MAINTENANCE
SERVICE INC., *et al.,*

                        Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      As discussed during today's status conference, the discovery deadline is hereby extended to **Monday, March 31, 2025** for the limited purpose of allowing party depositions. By no later than **Friday, March 7, 2025**, the parties are directed to submit a joint letter confirming that depositions have been scheduled on mutually-agreeable dates in accordance with this discovery extension and informing the Court of these dates.

      **SO ORDERED.**

DATED:     March 4, 2025
                 New York, New York

                                                         _____
                                                         The Honorable Gary Stein
                                                         United States Magistrate Judge