# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

March 7, 2025

**MEMO ENDORSED**

*Via ECF*
The Hon. Gary Stein, U.S.M.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:  *Espiritu v. JP Cleaning & Maintenance Service Inc. et al*
     **Case No.: 1:23-cv-05877-JGK**

Dear Honorable Magistrate Judge Stein:

This law firm represents Plaintiff Noel Espiritu (the "Plaintiff") in the above-referenced matter.

The instant letter respectfully serves to request a one (1) week extension of time for the parties to file a status report in the above-referenced action.

The basis for this request is that the parties require additional time to meet-and-confer, to finalize deposition dates in the above-referenced action.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi, Esq.
    60 East 42nd Street, Suite 4700
    New York, New York 10165
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiff*

VIA ECF: All Counsel

---

Application granted. The deadline for the parties to submit a joint letter confirming that depositions have been scheduled is hereby extended to March 14, 2025. The parties are advised, however, that the Court is unlikely to grant an extension of the March 31, 2025 discovery deadline absent compelling circumstances.

Date:  March 11, 2025
       New York, NY

SO ORDERED:

*/s/ Gary Stein*
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE